UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD BRUCE MYERS,<br><br>　　　　　Defendant. | No. CR-05-106-FVS<br><br>ORDER REVOKING SUPERVISED RELEASE |

**THIS MATTER** came before the Court on June 28, 2005, for a hearing to review the allegations that the defendant violated the conditions of his supervised release.  The defendant was present and assisted by stand-by counsel Jeffrey Barkdull.  Assistant United States Attorney Tim Durkin appeared on behalf of the government. This Order is intended to memorialize the Court's oral ruling made in open court.

**BACKGROUND**

On July 13, 1998, the defendant entered into a Plea Agreement whereby he agreed plead guilty to Count 1 of an Indictment filed in the United States District Court for the Northern District of Mississippi, charging the defendant with conspiracy to transport stolen motor vehicles across state lines and to possess stolen motor vehicles.  On November 12, 1998, the defendant was sentenced to 44 months imprisonment and three years of supervised release.  On May

ORDER REVOKING SUPERVISED RELEASE - 1

13, 2004, the United States Probation Office for the Eastern District of Washington secured from the Northern District of Mississippi a transfer of jurisdiction of the defendant's supervised release.  On May 16, 2005, the United States Probation Office for the Eastern District of Washington presented the Court with allegations that the defendant violated the conditions of his supervised release.

**FINDINGS AND CONCLUSIONS**

The defendant admits the allegations of the violations.  The facts relevant to this action are set forth in the parties' stipulated facts, Ct. Rec. 27.  After reviewing the stipulated facts, and in view of the defendant's admissions, the Court finds and concludes that the allegations of the violations are true.  The Court further determines that the defendant's term of supervised release should be revoked and the defendant shall serve term of imprisonment of 24 months.  The Court also accepts the parties' joint recommendation set forth in the re-affirmed 11(c)(1)(C) Plea Agreement in CR-04-173-FVS.  Accordingly, 6 months of the defendant's 24-month sentence in this action shall be served consecutive to the defendant's sentence in CR-04-173, and the remainder of the defendant's sentence shall run concurrent.  Pursuant to the terms of the parties re-affirmed 11(c)(1)(C) Plea Agreement in CR-04-173-FVS, the defendant withdraws his pending motions in this action. Accordingly,

**IT IS HEREBY ORDERED:**

1. The defendant's term of supervised release is **REVOKED**.
2. The defendant shall serve a term of imprisonment of 24

months: 6 months of which shall be served consecutive to the defendant's sentence in CR-04-173-FVS, and 18 months shall run concurrent.

3. The defendant's motion to dismiss, **Ct. Rec. 12**, is **WITHDRAWN**.

4. The defendant's motion for discovery, **Ct. Rec. 10**, is **WITHDRAWN**.

5. No additional term of supervised release shall be imposed upon the defendant's release from imprisonment.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and to the **defendant**.

**DATED** this 30th day of June, 2005.

               s/ Fred Van Sickle
               Fred Van Sickle
               Chief United States District Judge